# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TERRELL MICKLES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-00245-ACA-SGC |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report on February 25, 2022, recommending dismissal of the petitioner's claims without prejudice. (Doc. 2). Although the Magistrate Judge advised the petitioner of his right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds the petitioner's claims are due to be dismissed without prejudice. The court will enter a final order consistent with this opinion.

**DONE** and **ORDERED** this May 19, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE